IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

GALVESTON DIVISION

| | |
|---|---|
| DENNIS LYNN FULCHER, # 647715 § | |
| § | |
| v. § | CIVIL ACTION NO. G-06-547 |
| § | |
| NATHANIEL QUARTERMAN § | |
| DIRECTOR, TDCJ-CID § | |

**ORDER**

Before the Court is the Report and Recommendation of the United States Magistrate Judge that was entered on April 9, 2007. Petitioner has filed his Objections to the Report and Recommendation in a timely manner. Respondent has filed no objections.

Having given this matter *de novo* review under 28 U.S.C. § 636(b)(1)(C), this Court finds that Petitioner's Objections are without merit and that the Report and Recommendation is correct and it is, therefore, **ACCEPTED** by this Court in its entirety and incorporated by reference herein.

Accordingly, it is **ORDERED** that Respondent's Motion for Summary Judgment (Instrument No. 14) is **GRANTED**; and that the Petition for a Writ of Habeas Corpus of Dennis Lynn Fulcher (Instrument No. 1) is **DISMISSED**.

**DONE** at Galveston, Texas this 3rd day of May, 2007.

_____
Samuel B. Kent
United States District Judge